James J. Bergmann #220447
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Telephone: (707)827-1975
Facsimile:  (707)827-1979

Attorney for Plaintiffs KATIE H. FROST and
JASON M. FROST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATIE H. FROST (formerly known as KATIE H. STEELE), and JASON M. FROST,<br><br>            Plaintiffs,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>GREENPOINT MORTGAGE FUNDING, INC.;<br>and DOES 1 through 30, inclusive,<br><br>            Defendants. | CASE NO. 3:11-cv-01425-SBA<br><br>**STIPULATION AND  ORDER FOR LEAVE TO COMPLETE ADR CONFERENCE CALL AFTER INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs KATIE H. FROST and JASON M. FROST ("Plaintiffs") by and through their counsel, and Defendants EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and GREENPOINT MORTGAGE FUNDING, INC. ("Defendants"), by and through their counsel, hereby stipulate as follows:

1.      Plaintiff's complaint was filed on or about March 18, 2011.  Plaintiffs and Greenpoint Mortgage Funding, Inc. ("Greenpoint") filed a "Need for ADR Phone Conference" on June 21, 2011, and the ADR unit set the ADR conference

call for July 11, 2011 at 1:30 p.m.

2. Plaintiffs' counsel has a conflict on his calendar at that date and time: he was previously scheduled to appear in Sonoma Superior Court for Case Management Conference on July 11, 2011 at 1:30 p.m.

3. Counsel for the parties met and conferred to arrange an alternative three dates/times to propose to the ADR unit for re-scheduling, but could not find a suitable date/time before the initial Case Management Conference, now set for July 13, 2011 at 3:00 p.m.

4. Plaintiffs' Counsel respectfully requests that the parties be given leave to complete the ADR conference call after the initial Case Management Conference.

5. There has been one previous stipulation between the parties for an extension of time: on July 1, 2011, Plaintiffs and Greenpoint stipulated to extend by three days Greenpoint's time to respond to the Complaint, from July 5 to July 8, 2011.

DATED: July  8 , 2011        Law Office of James J. Bergmann

                              By: /s/ James J. Bergmann
                                  James J. Bergmann
                                  Attorney for Plaintiffs, Katie H. Frost and
                                  Jason M. Frost


DATED: July  8  , 2011        Severson and Werson

                              By: /s/ Elena K. Kouvabina
                                  Elena K. Kouvabina
                                  Attorneys for Defendant GREENPOINT
                                  MORTGAGE FUNDING, INC.

DATED: July __8__, 2011          Jones Day

                                 By: /s/ Eric J. Hardeman
                                     Eric J. Hardeman
                                     Attorneys for Defendant EXPERIAN
                                     INFORMATION SOLUTIONS, INC.

DATED: July __8__, 2011          NOKES & QUINN, APC

                                 By: /s/ Thomas P. Quinn, Jr.
                                     Thomas P. Quinn, Jr.
                                     Attorneys for Defendant EQUIFAX
                                     INFORMATION SERVICES LLC

## ORDER

Good cause appearing, and pursuant to the above stipulation, IT IS ORDERED that the parties be, and hereby are, granted leave to complete their ADR Conference Call after the initial Case Management Conference, currently scheduled for July 13, 2011 at 3:00 p.m.

Plaintiffs' counsel is hereby ORDERED to meet and confer with all counsel and propose to the Court's ADR Unit three dates/times that all counsel are available for the conference call. The ADR Conference Call must be completed by 8/31/11.

DATED: _7/13/11                  _/s/ Saundra B. Armstrong_____
                                 HON. SAUNDRA BROWN ARMSTRONG
                                 United States District Judge