UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

KATIE FROST, et al.,
    Plaintiffs,

No. C 11-1314 SBA

v.

**ORDER RE: ATTENDANCE**

EXPERIAN INFORMATION SYSTEMS, INC., et al.,
    Defendants.

Date:    September 21, 2011
Mediator:    Stephen Screy

_____/

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s client representative from personal attendance at the September 21, 2011, mediation before Stephen Schrey is DENIED. The court finds that defendants have not made an adequate showing that their being required to attend the session in person would cause them "extraordinary or otherwise unjustifiable hardship" as required by ADR L.R. 6-10(d).

IT IS FURTHER ORDERED that the request to excuse defendant Equifax Information Services LLC's client representative from appearing in person at the mediation is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 14, 2011    By: _____
Dated                                    Elizabeth D. Laporte
                                            United States Magistrate Judge