THOMAS P. QUINN, Jr. Bar No. 132268
NOKES & QUINN, APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE H. FROST (fka KATIE H. STEELE), and JASON M. FROST,<br><br>          Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; GREENPOINT MORTGAGE FUNDING, INC., and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No: CV11-01314 SBA<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Katie H. Frost and Jason M. Frost on the one hand, and Defendant Equifax Information Services LLC ("EIS") on the other, through their respective counsel of record, that any and all claims of the Plaintiffs against EIS are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal herein and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against EIS with prejudice.

1   **IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this

2   stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each

3   respectively in connection with said action.

4       This 19th Day of September, 2011.

5                          CONSUMER LAW OFFICE OF JAMES

6                          BERGMAN

7                          By:  /s/ James J. Bergmann

8                              JAMES J. BERGMAN, Esquire
                           Attorney for Plaintiffs Katie H. Frost and

9                          Jason M. Frost

10

11                         NOKES & QUINN

12

13                         By: /s/ Thomas P. Quinn

14                            THOMAS P. QUINN, JR,
                              Attorney for Defendant EQUIFAX

15                         INFORMATION SERVICES LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER OF DISMISSAL**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiffs KATIE H. FROST AND JASON M. FROST against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED:  10/24/11

JUDGE,
UNITED STATES DISTRICT COURT

1

2

**CERTIFICATE OF SERVICE**

Frost v. Equifax et al., Case No. C11-01314 DMR

3

4

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

5

6

On September 19, 2011, I served a true copy of the

7

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC and [PROPOSED] ORDER**

8

9

[ ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

10

11

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

12

13

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

14

15

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

16

17

_/s/ James J. Bergmann_
JAMES J. BERGMAN

18

19

Place of Mailing:  Santa Rosa, California

20

Executed on September 19, 2011, at Santa Rosa, California.

21

22

23

24

25

26

27

28

- 4 -