1  THOMAS P. QUINN, Jr. Bar No. 132268
   NOKES & QUINN, APC
2  410 Broadway, Suite 200
3  Laguna Beach, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070
   Email: tquinn@nokesquinn.com
5
   Attorneys for Defendant EQUIFAX
6  INFORMATION SERVICES LLC

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  KATIE H. FROST (fka KATIE H. STEELE),  )  Case No: CV11-01314 SBA
10 and JASON M. FROST,                    )
                                          )
11             Plaintiffs,                )
                                          )  **STIPULATION FOR DISMISSAL OF**
12 vs.                                    )  **DEFENDANT EQUIFAX**
                                          )  **INFORMATION SERVICES LLC**
13                                        )
   EXPERIAN INFORMATION SOLUTIONS,        )
14 INC.; EQUIFAX INFORMATION SERVICES     )
   LLC; GREENPOINT MORTGAGE               )
15 FUNDING, INC., and DOES 1 through 30,  )
16 inclusive,                             )

17             Defendants.

18     **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Katie H.
19 Frost and Jason M. Frost on the one hand, and Defendant Equifax Information Services LLC
20 ("EIS") on the other, through their respective counsel of record, that any and all claims of the
21 Plaintiffs against EIS are hereby dismissed with prejudice.
22     **IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized
23 and requested to execute and enter the Order of Dismissal herein and to make all such orders and
24 judgments which may be necessary and proper to dismiss the above-titled action against EIS with
25 prejudice.

26
27
28

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 19th Day of September, 2011.

CONSUMER LAW OFFICE OF JAMES BERGMAN


By: /s/ James J. Bergmann
    JAMES J. BERGMAN, Esquire
Attorney for Plaintiffs Katie H. Frost and Jason M. Frost


NOKES & QUINN


By: /s/ Thomas P. Quinn
    THOMAS P. QUINN, JR,
    Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC

## ORDER OF DISMISSAL

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiffs KATIE H. FROST AND JASON M. FROST against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED: 10/24/11

_Saundra B. Armstrong_
JUDGE,
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Frost v. Equifax et al., Case No. C11-01314 DMR

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On September 19, 2011, I served a true copy of the

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC and [PROPOSED] ORDER**

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ James J. Bergmann
JAMES J. BERGMAN

Place of Mailing: Santa Rosa, California

Executed on September 19, 2011, at Santa Rosa, California.